

# IN THE
# TENTH COURT OF APPEALS

## No. 10-15-00003-CV

**CITY OF MCGREGOR,**

**Appellant**

 **v.**

**LAURA GARRETT, INDIVIDUALLY,
AS REPRESENTATIVE OF THE ESTATE
OF XX, DECEASED, HER MINOR SON, &
AS A WRONGFUL DEATH BENEFICIARY;
AND RICKY THOMAS, AS REPRESENTATIVE
OF THE ESTATE OF XX, DECEASED, HIS MINOR
SON, & AS A WRONGFUL DEATH BENEFICIARY,**

**Appellees**

**From the 170th District Court
McLennan County, Texas
Trial Court No. 2014-1793-4**

## MEMORANDUM OPINION

Appellees have filed an "Unopposed Motion to Dismiss Appeal Without Deciding the Merits of the Appeal." The motion states that the parties have settled the dispute underlying this appeal and requests that we dismiss the appeal without

deciding the merits and remand the case to the trial court for entry of judgment in accordance with the parties' agreement.

The motion is granted. Accordingly, we set aside the trial court's judgment without regard to the merits, dismiss this appeal, and remand the case to the trial court for rendition of judgment in accordance with the parties' agreement. *See* TEX. R. APP. P. 42.1(a)(2)(B).



REX D. DAVIS
Justice

Before Chief Justice Gray,
    Justice Davis, and
    Justice Scoggins
Dismissed and remanded
Opinion delivered and filed March 26, 2015
[CV06]

